

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-16-00211-CV

**OWENS CORNING**,
Appellant

v.

Glenn **HEGAR**, Comptroller of Public Accounts of the State of Texas, and Ken Paxton,
Attorney General of the State of Texas,
Appellees

From the 200th District Court, Travis County, Texas
Trial Court No. D-1-GN-15-001998
The Honorable Gisela D. Triana, Judge Presiding

## O R D E R

Appellant's reply brief was due September 19, 2016. Appellant has filed an unopposed motion seeking an additional fifteen days to file the reply brief. After review, we **GRANT** appellant's motion and **ORDER** appellant to file its reply brief in this court on or before October 4, 2016.

Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2016.

Keith E. Hottle
Clerk of Court